UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/21

      -against-

SAL CASTRO,
a/k/a Sammy Velasquez,

                 Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 116 (KMW)
11 CR 724 (KMW)

KIMBA M. WOOD, District Judge:

      Due to a conflict with the Court's calendar, the sentencing currently scheduled for September 1, 2021, is adjourned to Thursday, September 2, 2021, at 2:30 p.m.

      SO ORDERED.

Dated: New York, New York
       August 23, 2021

                              KIMBA M. WOOD
                       UNITED STATES DISTRICT JUDGE