UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

SAL CASTRO,
a/k/a Sammy Velasquez

                                 Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 116 (KMW)
11 CR 724 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/21

KIMBA M. WOOD, District Judge:

      Sentencing for the above-captioned defendant, currently scheduled for September 2, 2021, is adjourned to October 6, 2021, at 2:00 p.m.

      SO ORDERED.

Dated: New York, New York
           September 2, 2021

                                                                KIMBA M. WOOD
                                               UNITED STATES DISTRICT JUDGE