```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

SAMMY VELASQUEZ,

    Defendant.

-------------------------------------------------------X

11-CR-724 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Defendant Sammy Velasquez, proceeding *pro se*, has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).   (ECF No. 147.)

No later than June 5, 2023, the Government shall respond to Defendant's motion. Defendant's reply, if any, must be submitted by July 10, 2023.   If Defendant replies, Defendant shall include whether he has exhausted her administrative remedies.[1]

The Clerk of Court is respectfully directed to mail a copy of this Order, along with a copy of Defendant's unredacted motion and attachments, to Defendant.

    SO ORDERED.

Dated: New York, New York
       May 9, 2023

                                                        */s/ Kimba M. Wood*
                                                    KIMBA M. WOOD
                                         United States District Judge

---

[1] A defendant may move under Section 3582(c)(1)(A) only after the defendant has "fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." 18 U.S.C. § 3582(c)(1)(A).